

# NUMBER 13-19-00405-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

KYLE KIRBY,                                                                          Appellant,

v.

ROGER BUERGNER,                                                                      Appellee.

### On appeal from the County Court at Law No. 1
### of Victoria County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Hinojosa and Tijerina**
**Memorandum Opinion by Justice Tijerina**

Appellant, Kyle Kirby, appealed a judgment entered by the County Court at Law No. 1 of Victoria County, Texas. On September 9, 2019, the Clerk of this Court notified appellant, in accordance with Texas Rule of Appellate Procedure 42.3(c), that we would dismiss this appeal unless the $205.00 filing fee was paid. *See* TEX. R. APP. P. 42.3(c).

Appellant has not responded to the notice from the Clerk or paid the $205.00 filing fee.
*See* TEX. R. APP. P. 5, 12.1(b).

The Court, having considered the documents on file and appellant's failure to pay the filing fee, is of the opinion that the appeal should be dismissed. *See id.* 42.3(b),(c). Accordingly, the appeal is DISMISSED for want of prosecution.

JAIME TIJERINA,
Justice

Delivered and filed the
10th day of October, 2019

2